## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Tracy L. Biolo and Jeffrey M. Biolo | ) | **Case No. 18-51033-JAM** |
| Debtor | ) | **Chapter 13 Proceeding** |
| | ) | **September 11, 2018** |

### OBJECTION TO CONFIRMATION OF PLAN

**Federal National Mortgage Association ("Fannie Mae")**, (the "Creditor"), hereby objects to confirmation of the Debtor's Chapter 13 Plan dated August 17, 2018 (the "Plan"), in connection with the above referenced matter for the following reasons:

1. The Plan does not provide for payment of the Creditor's pre-petition mortgage arrearage estimated to be $67,837.56, with an estimated total debt of $486,645.70. The Creditor anticipates filing its Proof of Claim on or before the bar date of October 17, 2018.

By /s/ *Sara M. Gould*
Sara M. Gould
Movant's Attorney
Federal Bar No.ct30340
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

I hereby certify that on this 11th day of September, 2018, a copy of the foregoing was served to the following:

Tracy L. Biolo and Jeffrey M. Biolo
Debtor
315 Kimberly Lane
Watertown, CT 06795
*Via First Class Mail*

Roberta Napolitano, Esq.
Trustee
*Via Electronic Notice of Filing*

George C. Tzepos, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By /s/ *Sara M. Gould*
   Sara M. Gould
   Movant's Attorney
   Federal Bar No.ct30340
   Bendett & McHugh, P.C.
   270 Farmington Avenue, Suite 171
   Farmington, CT  06032
   Phone: (860) 677-2868
   Fax: (860) 409-0626
   E-Mail: BKECF@bmpc-law.com