# United States Bankruptcy Court
# District of Connecticut



In re:
    Tracy L. Biolo
    Jeffrey M. Biolo
    Debtor*

Case Number: 18-51033
Chapter: 13

Tracy L. Biolo and Jeffrey M. Biolo

Movant(s)

v.

Federal National Mortgage Assoc.
The Bank of NY Mellon c/o SLS
Roberta Napolitano, Trustee

Respondent(s)

### ORDER GRANTING MOTION TO DETERMINE SECURED STATUS OF CLAIM(S)

    The above-named Debtor filed a Motion to Determine Secured Status of Claim(s) dated January 9, 2019 (the "Motion", ECF No. 23). After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, and there being no objection filed to the Motion and based on the Debtor's representations in the Motion; it is hereby

    **ORDERED**: The fair market value of the Debtor's interest in real property known as 315 Kimberly Lane, Watertown, CT, the Debtor's Primary Residence (the "Property"), as of August 8, 2018, is $390,000.00;

    **ORDERED**: Pursuant to 11 U.S.C. §§ 506(a) and 1322(b)(2),the extent to which the Debtor may, in his/her Chapter 13 Plan (the "Plan"), treat each of the encumbrances against the property summarized in the Motion, as "secured" or "unsecured" claims for purposes of 11 U.S.C. § 1325(a)(5) is as follows:

A. First encumbrance
    i. Name of encumbrance holder:    Federal National Mortgage Assoc.
    ii. Type of encumbrance:    Mortgage
    iii. Recording information:
        a. Volume:    1500
        b. Page:    139
        c. City/Town    Watertown
    iv. Amount of encumbrance:    $506,111.86
        in principal
        as of the date of the Petition
        is hereby treated as secured

B. Second encumbrance
    i. Name of encumbrance holder:    The Bank of NY Mellon c/o SLS
    ii. Type of encumbrance:    Mortgage
    iii. Recording information:
        a. Volume:    1821

        b. Page:    315

        c. City/Town    Watertown

iv. Amount of encumbrance:    $85,743.70 in principal as of the date of the Petition is hereby treated as unsecured

; and it is further

**ORDERED**: The holder of any lien referenced herein shall retain such lien to the extent permitted under applicable non-bankruptcy law unless and until the Debtor(s) receive(s) a discharge under 11 U.S.C. § 1328.

Dated: March 15, 2019

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.